The People of the State of New York, Respondent,
v. Carl Olans, Appellant.

(Argued January 15, 1934; decided February 27, 1934.)

*Samuel L. Nadler* for appellant.

*William C. Dodge, District Attorney (John C. McDermott* of counsel), for respondent.

Judgment reversed and new trial ordered for errors in the exclusion of evidence; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.